# PD-1679-14

IN THE
TEXAS COURT OF CRIMINAL APPEALS

RICHARD EARL HARTSFIELD,           §        Trial Court Cause No.
    Appellant                          241-1150-13 SMITH COUNTY, RECEIVED IN
COURT OF CRIMINAL APPEALS

v.                                 §
                                            Court of Appeals No.
THE STATE OF TEXAS,                §        12-13-00343-CR     DEC 3 1 2014
    Appellee.
                                   §

APPELLANT HARTSFIELD's FIRST MOTION FOR EXTENSION OF Acosta, Clerk
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Richard Hartsfield, Appellant pro se, and files this

Motion for an extension of sixty (60) days in which to file a

Petition for Discretionary Review (PDR). In support thereof, he
FILED IN
COURT OF CRIMINAL APPEALS

shows the following:

DEC 3 1 2014

I.

Abel Acosta, Clerk
Appellant was convicted in the **241**st District Court of Smith

County, Texas of the offense of *Possession of a Controlled Substance*

in Trial Cause No. 241-1150-13, THE STATE OF TEXAS v. RICHARD

EARL HARTSFIELD. Appellant appealed to the Court of Appeals, *12*th

Supreme Judicial District of Texas (Court of Appeals No. 12-13-

00343-CR). *The Case was Affirmed on December 3, 2014.*

II.

The present deadline for filing the PDR is *1/2/15*.

Appellant has **NOT** requested any extension prior to this request.

III.

Appellant's request for an extension is based upon the following

facts: **(1)** Appellant was **NOT** informed of the decision of the Court

of Appeals in affirming his direct appeal until Dec. 15th, 2014,

**(2)** Since Dec. 15th, 2014, Appellant has been attempting to gain

legal representation for his PDR since, (3) Mr. Austin Reeve Jackson (Appellant's appellate attorney) informed Appellant that he will **NOT** represent Appellant on the PDR.

WHEREFORE, Appellant prays this Court grants this motion and extend the deadline for filing the PDR in this appeal.

Respectfully submitted,

*Richard Earl Hartsfield*

Richard Earl Hartsfield
#1906378
MICHAEL Unit
2664 F.M. 2054
Tennessee Colony, TX 75886

Pro Se

## INMATE's DECLARATION

I, Richard Hartsfield, TDCJ-CID #1906378, being presently incarcerated on the MICHAEL Unit of the Texas Department of Criminal Justice in Anderson County, Texas, verify and declare under penalty of perjury that the foregoing statements are TRUE and CORRECT. Executed on this the ___23___ day of _December_, 20_14_.

*Richard Earl Hartsfield*

Richard Earl Hartsfield

## CERTIFICATE OF SERVICE

I, Richard Earl Hartsfield, TDCJ-CID #1906378, certify that a TRUE and CORRECT copy of the foregoing FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW has been sent via U.S. Postal Service, first class, to the Attorney for Appellee Michael J. West, at Asst. D.A Smith County 4th floor, Court House 100 N. Broadway Tyler, TX 75702, and to the State Prosecuting Attorney at P.O. Box 12405, Austin, TX 78711 on this the 23 day of December, 2014.

Richard Earl Hartsfield

Richard Earl Hartsfield
Pro Se

-3-